1  Ryan Lee, Esq. (SBN 235879)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA  90025
3  T: (323) 988-2400; F: (866) 802-0021
   rlee@consumerlawcenter.com
4  Attorneys for Plaintiff, Rae Dudek

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAE DUDEK, ) | **Case No.: C 09-01591 EMC** |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF SETTLEMENT**  ; |
| vs. ) | |
| ) |    ORDER RESETTING CMC |
| LAW OFFICE OF SCOTT CARRUTHERS., ) | |
| ) | |
| Defendant. ) | |

NOW COMES the Plaintiff, RAE DUDEK, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days. The terms of the settlement include a provision that the court retain jurisdiction over the parties for purposes of a fee petition that will be filed by Plaintiff.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

- 1 -

Notice of Settlement

1    DATED: October 14, 2009      KROHN & MOSS, LTD.

By: /s/ Ryan Lee

Ryan Lee
Attorney for Plaintiff

IT IS SO ORDERED that the case management conference is reset from 10/21/09 at 1:30 p.m. to 12/16/09 at 2:30 p.m.  A Joint CMC Statement shall be filed by 12/9/09.

_____
Edward M. Chen
U.S. Magistrate Judge



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

- 2 -

Notice of Settlement