Michael S. Agruss (SBN: 259567)
Ryan Lee (SBN: 235879)
Nick Bontrager (SBN: 252114)
G. Thomas Martin, III (SBN 218456)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-583-3695
magruss@consumerlawcenter.com
Attorneys for Plaintiff, RAE DUDEK

D. Scott Carruthers, State Bar Number 68745
8448 Katelle Ave/ PO Box 228
Stanton, CA 90680
Telephone: 714-761-3976
Fax: 714-761-1754
Attorneys for Defendant, LAW OFFICE OF SCOTT CARRUTHERS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAE DUDEK, | Case No.: 09-cv-01591-SC |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** ; ORDER |
| vs. | |
| LAW OFFICE OF SCOTT CARRUTHERS, | |
| Defendant, | |

The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, RAE DUDEK, against Defendant, LAW OFFICE OF SCOTT CARRUTHERS, in the above-captioned proceeding are hereby dismissed, with prejudice.

Dated: 4/28/10          KROHN & MOSS LTD

/s/ Ryan Lee
Ryan Lee, Esq.
Attorney for Plaintiff,
RAE DUDEK

| | | |
|---|---|---|
| 1 | Dated: 4/28/10 | LAW OFFICE OF SCOTT CARRUTHERS |
| 2 | | /s/ D. Scott Carruthers |
| 3 | | D. Scott Carruthers, Esq.<br>Attorney for Defendant, |
| 4 | | LAW OFFICE OF SCOTT CARRUTHERS |

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

2

Stipulation of Dismissal and [Proposed] Order